■ In the Matter of ERICA LEE H. —Order unanimously affirmed without costs for reasons stated at Niagara County Family Court, Kellick, J. (Appeal from order of Niagara County Family Court, Kellick, J.—adoption.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ KATHLEEN A. GRANELLI, Respondent, v SAMUEL A. GRANELLI et al., Respondents, and TRUSTEES OF THE AMALGAMATED INSURANCE FUND, Appellant.—Order unanimously reversed on the law without costs, and application denied. Memorandum: Special Term improperly entertained plaintiff's application for an injunction. An injunction may be issued only in a pending action (CPLR 6301; Siegel, NY Prac § 328, at 401; *see, Town of W. Seneca v Smith,* 115 AD2d 1013). (Appeal from order of Supreme Court, Erie County, Notaro, J. —injunction.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.